| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Tomas A. Guterres, Esq. (State Bar No. 152729)<br>Chandler A. Parker, Esq. (State Bar No. 277902)<br>COLLINS + COLLINS LLP<br>790 E. Colorado Boulevard, Suite 600<br>Pasadena, CA 91101<br>Email: Tguterres@ccmslaw.com<br>Email: Cparker@ccmslaw.com<br>(626) 243-1100 – FAX (626) 243-1111<br>ATTORNEY(S) FOR: COUNTY OF LOS ANGELES | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARIAS et al.<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   COUNTY OF LOS ANGELES
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

August 25, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CHANDLER A. PARKER, ESQ.

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,           )
                               ) ss.
County of Los Angeles.         )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, California 91101.

On this date, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTATCHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed above.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on August 25, 2021 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Austin Kang
akang@ccllp.law

*23307*

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax (626) 243-1111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MARIA ARIAS VS. COUNTY OF LOS ANGELES ET AL.**
**CASE NO. 21STCV27024**
**FILE NO.23307**

<u>**SERVICE LIST**</u>

Jovan Blacknell
Kellen Dams
LAW OFFICE OF J. BLACKNELL
200 Corporate Pointe, Suite 495
Culver City, CA 90230
T.: 310.469.9117 - F.: 310.388.3765
**ATTORNEY FOR PLAINTIFF,
MARIA ARIAS**

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA  91101
Phone  (626) 243-1100
Fax      (626) 243-1111

*23307*