JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARIAS, individually and as Successor in Interest to THE ESTATE OF JESUS GUERRA-ARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY J. RODRIGUEZ, individually and in his/her official capacity; DEPUTY EDWARD CASAS, individually and in his official capacity; DEPUTY VALENCE, individually and in his official capacity; DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-06865-MWF(KESx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Joint Stipulation for Dismissal with Prejudice, filed September 20, 2023. (Docket No. 55). For good cause shown, the Court GRANTS the parties' request. This action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: September 20, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

23307